UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2022
```

ABC,

                    Plaintiff,

          —v—

DEF,

                    Defendant.

19-mc-282 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, Sitting by Designation:

The Clerk of Court is respectfully directed to close this case.


          SO ORDERED.

Dated:  April 20, 2022
          New York, New York

_____
          ALISON J. NATHAN
     United States Circuit Judge
        Sitting by Designation

1